IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CR-235-FDW-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| BRIAN KEITH ROGERS, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the *pro se* "Motion To Suppress Evidence" (Document No. 62) filed January 17, 2019. The undersigned notes that Defendant is represented by CJA appointed counsel, Taylor Goodnight Flores. It is the practice of the Court that when a Defendant is represented by counsel, all motions should be filed through counsel of record.

**IT IS THEREFORE ORDERED** that the *pro se* "Motion To Suppress Evidence" (Document No. 62) is hereby **DENIED WITHOUT PREJUDICE**. Defendant may re-file his motion, if desired, through his counsel, Taylor Goodnight Flores.

**SO ORDERED**.

Signed: January 22, 2019

David C. Keesler
United States Magistrate Judge